1  MICHAEL L. BECKER, ESQ.
   Nevada Bar No. 8765
2  MICHAEL V. CASTILLO, ESQ.
   Nevada Bar No. 11531
3  LAS VEGAS DEFENSE GROUP, LLC
4  2970 W. Sahara Avenue
   Las Vegas, NV 89102
5  (702) 333-3673- Telephone
   (702) 974-0524- Fax
6  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY SCOTT MILLER,<br><br>Defendant. | Case No. 2:20-mj-00414-VCF<br><br>**STIPULATION TO AMEND COUNT ONE TO NEGLIGENT OPERATION OF A VESSEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Michael V. Castillo, counsel for Defendant Timothy Scott Miller that the Government hereby moves to amend Count 1 (Operating a Vehicle While Under the Influence of Alcohol, a violation of Title 36 C.F.R. §3.10 (10)(a)(1)) to a charge of Negligent Operation of a Vessel, a violation of 36 CFR §3.8 (b)(8).

IT IS FURTHER STIPULATED AND AGREED, by and between the parties that the status check date of Thursday June 10, 2021 at 1:30 p.m. be vacated as the Defendant has satisfactorily completed all outstanding requirements on p. 2-3 of the guilty plea agreement of December 16, 2020.

DATED this 8th day of June, 2021.

United States Attorney

*/s/ Rachel Kent*
By_____        By *Michael V. Castiilo*_____
RACHEL KENT                              MICHAEL V. CASTILLO
Assistant United States Attorney         Counsel for BRADLEY SLAGLE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY SCOTT MILLER,<br><br>　　　　Defendant. | Case No. 2:20-mj-00414-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS THEREFORE ORDERED that Count 1 (Operating a Vehicle While Under the Influence of Alcohol, a violation of Title 36 C.F.R. §3.10 (10)(a)(1)) be amended to a charge of Negligent Operation of a Vessel, a violation of 36 CFR §3.8 (b)(8).

IT IS FURTHER ORDERED that the status check date of Thursday June 10, 2021 at 1:30 p.m. be vacated as the Defendant has satisfactorily completed all outstanding requirements on p. 2-3 of the guilty plea agreement of December 16, 2020.

DATED this 8th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE